**In the Circuit Court of the 2nd Judicial Circuit**
**In and for The New York Southern District Federal Court, New York**

**Joseph D Gilberti, PE**, a licensed Professional          Case: _____
Engineer in the State of Florida,

    Petitioner(s),                                    **DEMAND FOR JURY TRIAL**

v.

**George W. Bush**, Donna Marie Padar, Sarasota County Commission,
Tampa Central Command MacDill Air Force Base, Dick Cheney,
Central Intelligence Agency (CIA), United Nations, New York City Port
Authority, New York City Department of Environmental of Protection
(NYDEP), New York City Police Department (NYPD), City Council of
New York City, Mayor Eric Adams, Greenberg Traurig Law, Federal
Bureau of Investigation (FBI), Lawrence D. Fink Black Rock Investment
Group, LLC; Harvard University, Yale University, Ron DeSantis, Joe Biden,
Archdiocese of New York, Archdiocese of Miami, Boca Raton ADL, Donald
Trump, Barrack Obama, Jeb Bush, Nikky Haley, Elon Musk, Bill Gates,
And THE PENTAGON.

    Defendant(s).
_____/

## COMPLAINT

*Mass Torts, Racketeering Influence and Corruption Organization, Negligence, Fraud on United States of America and its Primary Water Supply from Earth's Core Found by Plaintiff and timed Terrorism to Subdue Engineer of Record with HR 5736* **Conspiracy per Title 18 US Code, 241 & 242**

    Comes Now, the Plaintiff JOSEPH D. GILBERTI JR. PE, PLAINTIFF ("PLAINTIFF") hereby sues Defendants listed above ("Defendants") for **Terrorism against America pursuant to HR 5736 Mod of 2012, per Article 1 Section 8, Fraud, Theft, Regional Water Supply Eugenics, Racketeering, Negligence, Quieting Title, Trespass and ejectment pursuant to Florida Statutes** and in support thereof, states the following:

## Jurisdiction And Venue

1. Jurisdiction of this court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 41 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

2.      Venue is proper pursuant to 28 U.S.C. § 1391.

3.      At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

4.   The Plaintiff, Joseph D. Gilberti, P.E., is a natural person and professional engineer doing business on approximately 2500 acres of property and mineral rights owned by Plaintiff since 2012 in Sarasota County, Florida.

5.   The Defendants are doing business in from Tampa to South Florida.

6.   The Defendants, show listed Government Entities from State, Local and Federal agencies above such as but not limited to, all of which do business in the State of Florida and overall USA and other Nations.

7.   Private or public traded Defendants such as but not limited to, Blackrock Corporation LLC, CSX Transportation and Seminole Gulf Railway do business in Florida.

8.   Defendants, Pentagon and FBI do business in the State of Florida.

9.   This Court has jurisdiction over the parties and the subject matter hereto and a potential bifurcating, Change in Venue and/or merging of existing and new Federal cases across America and Florida progress which are directly related to this case.

10. Venue is appropriate in Palm Beach County, 15th Judicial Circuit for purposes of filing and discovery due to an UNDUE INFLUENCE in West and South Florida on Plaintiff's civil rights, attacks on his Children from Schools, Cops, Secret Service, FBI, US Marshals and Sheriffs to hide the resource and deter Plaintiff from prevailing and engineering and constructing infrastructure with Primary Water to the Taps of Florida, New York, New Jersey and more, for over 10yrs using DOJ to attack THE PEOPLE and their Drinking Water Supply needs, by avoiding all discovery and requested Evidentiary

2

hearing with Professionals in Water Supply with a gang of Judges, Lawyers, attorney Politicians, Universities and Cops on the payoff books to attack all Americans.

11. Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

13.    These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

14.    THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

3

## ALLEGATIONS COMMON TO ALL COUNTS

15.    Prior to July 26, 2013, Cecil Daughtrey Jr. and Patricia A. Daughtrey (collectively "Daughtrey") were the owners of the entire seven parcel property. However, on July 26, 2013, Daughtrey conveyed, via properly witnessed and executed Warranty Deed, a portion of the Property to PLAINTIFF. A true and correct copy of the Warranty Deed is attached as **EXHIBIT "A"**. Since then a State and National attack by Florida Leaders and CIA with Bush Family has taken place on Plaintiff and Americans to hide PRIMARY WATER to TAPS of Florida for 10yrs now with a barrage of attacks to subdue the Engineer of Record and Deed Holder while attacking Daughtrey land as they didnt know exactly where the resource was on the forested ranch. **We had to hide it on Civil engineering plans during these Timed Terrorism attacks, fueled by all Florida Sheriff and FBI under Title 18 Treason........to protect our fellow Americans from these US Terrorist Politicians and Lawyers in Florida, such as Greenberg Traurig and Henderson Franklin and all Sarasota Lawyers (its a gang) tied to Rothschild World Bank and a gang of Retarded Judges who lie, cheat and steal to kill children with Cancer Rates at the tap by PLAYING STUPID ON EVIDENTIARY HEARING and NOT ALLOWING ANY EVIDENCE while they attack with Desantis and Yale fools for 10yrs.**

16.    The US Congress never finished Impeachment issues that disappeared in Media spot light once a Black Harvard Terrorist President Barrack Hussain Obama and Trump replaces the last Terrorist President tied to Harvard and Yale and Defendants with Catholic Church filled with Pedophiles tied to Epstein list in Florida.

17.    George W. Bush – ex President George W. Bush who was in Sarasota Classroom day of 9-11 is into Blue Gold. See Blue Gold Bush Family and has used the Carlton Family and

72 Partners members of Notre Dame, Lee Pallardy and C1 bank/Ozark Bank Thomas Howze to pay off Judges, Clerks and Commissioners from Tampa to South Florida and up into Washington, Georgia and abroad to claim these underground resources and cases are frivolous without any Court hearings or due process. They use Smith Mundt acts and MODIFICATION in 2012 to attack Americans with the CIA and Hollywood manufactured news with this Court and many Florida courts now starting to understand this CIA highly trained and illegal coup against The Engineers rights to attack his clients and lands with Sheriffs and Judges under investigation.

18.    Bush family was one of the original Presidents who created the CIA and works with Greenberg Traurig to control DOJ and more to attack Americans and their Water Supply with the DOJ and fake new or combined fake and real new timed with these cases and our permitting. The Judges avoid all due process as they are too incompetent or lazy to allow witnesses and due process.

19.    Bill Clinton – Ex President associated with 72 Partners LLC, and their funders via Donnie Clark of Myakka City or Myakka Gold drug dealers. Rob Goodwin who was partners with Donnie Clark part of the same above and show a definite connection to Blue Gold Bush Family and Sarasota's 9-11 connection. See *Gilberti vs George W. Bush, et al* filed in New York City where THE ENGINEER now has a new project with Blue Gold from New Jersey Washington Rock to New York to save lives as the Aqua Ducts in New York can fail any day killing millions on file and sent to the mayors office and over 20 Commissioners last week.

20.    72 Partners LLC – Consist of Lee Pallardy, Thomas Howze, Kenny Harrison, and Laurence Hall. This is the front for most of the coordination with Terrorism and is a well known for Illegal activities, Title Fraud and works with Terrorism funding groups like

Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

21.    Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

22.    Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013, and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

23.    Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb, and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the Marjory Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

6

24.     Some Defendants were present at Marjory Stoneman Douglas High school during the shooting , know of the timing of the US Resource to FDEP to Marjorie Stoneman Douglas and the offer at the School Board on March 20, 2018 just after the event, by the Defendant, of ONE MILLION DOLLARS for each shot survivor to show us your wounds with forensics, help open this secret resource timed on your shooting by FDEP and Florida-US Politicians and continued to hide the Resource with FDEP and Judges, US Marshals, Police and Media, for years knowing Tap water is based on Cancer and Viruses-Disease rates.    See Gilberti vs Nikolas Cruz, et al, that has started Discovery showing how the Judge Dimitrouleas is now under Federal

## NATURE OF THE ACTION

29.     This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy.    See *Gilberti vs Pentagon, et al*, in Arlington VA, Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case evidence and discovery and others via *Gilberti vs CDC, et. al*, and *Gilberti vs Desantis, et al*, headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global

Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

30.    Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad.  **This unique property has Geological indicators that show**

8

America how to find more in days and create millions of Jobs, new medicine and economic sustainability.

31.     Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.     Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.     A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist.  This is especially true in America, where the judiciary is afforded wide discretion.  Every decision left up to the discretion of a judge—is a potential opportunity for corruption.  Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality.  The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.

9



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

34.    The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)      Deny an impartial tribunal;

(ii)     Violate United States Code, Title 4§§101 and 102;

(iii)    Violate Florida Statute §876.05(1)

(IV)    **CRIMES OF GENOCIDE/EUGENICS**
        ***General Assembly resolution 260 A(III) of 9 December 1948 Entry into force:***
        ***12 January 1951, in accordance with article XIII***

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968,** *et seq* **(a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery. A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders. .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day. While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more. While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## IV. FACTUAL ALLEGATIONS

39.     Plaintiff is located and does business within the State of Florida and United States of America.

40.     Defendants are located and do business within the State of Florida and United States of America.

41.     All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.     Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.     This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

44.     Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES.  Defendants attacked his land in Sarasota,

14

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.    These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

15

50.    Below is a rough indicator of the unbelievable corruption that took place in front of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS PANDEMIC by the same group and more.

## COUNT VIII – CIVIL RICO
### (CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)

51.    This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

52.    The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as though the same were fully set forth herein.

53.    Defendants conspired or endeavored to acquire and maintain an interest in the real property owned by the Plaintiff, through a pattern of criminal activity or through the collection of an unlawful debt and usage of US and State Tax base within a Fraudulent Transfer of over 2000 acres switched out.

54.    At all material times, Defendants were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral rights, and/or for the purpose of achieving or maintaining a monopoly power on its benefits to hide it and destroy Americans.

55.    In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

56.    Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57.    As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

**COUNT IX –28 U.S.C. §3304 (b)(1)(A)**
**Transfer with Intent to Hinder, Delay or Defraud a Creditor**

58. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates.  Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

    a.    the transfer was to an insider:
    b.    72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
    c.    No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
    d.    The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

**COUNT X –Fla Stat. § 726.105 (1)(a)**
**Transfer with Intent to Hinder, Delay or Defraud a Creditor**

61. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

    a. the transfer was to an insider:
    b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
    c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
    d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.
    e. Ryan Snyder switched out the legal description the day of the online sale, while 72 Partners and Defendants used to online bids with Defendants in a scheme with software, with Judges in all the region, including all 2ndDCA judges who sit in a merit panel and are locked in from being voted out for years while attacking defendant with lower court gangs of Judges, attorney Politicians like Ron Desantis, and defendants who are all mostly lawyers.

## COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,        above, as through the same were fully set forth herein.

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

**COUNT XII -28 U.S.C. § 1346**
**FEDERAL TORTS CLAIM ACT (FTCA)**

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,        above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami and now New Jersey and New York as Plaintiff discovered another access to Primary Water at Washington Rock in NJ to **save New York $100 million/day** in cost where the drinking water is spring water and also endless without contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.


**WHEREFORE**, the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

19

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.  Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.  Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.  Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply, Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways, Amtrak and the Federal Railway Association.

D.  Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.  Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.  Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.  Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.  Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.  Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.  Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.  Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.  Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.  Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.  Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.  Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon,* et al, Lee case 2022 CA 03080 NC  and many others merging with this case.  The civil right attacks are from State to Federal officers.

21

P.  Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

**<u>Certificate of Service</u>**

I hereby Certify that the copy of the Gilberti v George W. Bush Complaint was mailed to 500 Pearl St. New York, NY 10007 dated this 30th day of September 2024 to the New York Southern District Federal Clerk of Court.

*Joseph Gilberti*
**Joseph D. Gilberti PE**
**Plaintiff**
**# 2024-2237**
**2020 Main Street**
**Sarasota FL, 34237**
**813-470-6000**
**239-980-3149**
GilbertiWater@gmail.com
www.GilbertiBlueGold.com

# EXHIBIT "A".

Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors.

---

## IN THE HOUSE OF REPRESENTATIVES

June 10, 2008

Mr. Kucinich submitted the following resolution

June 11, 2008

By motion of the House, referred to the Committee on the Judiciary

---

## RESOLUTION

Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors.

Resolved, That President George W. Bush be impeached for high crimes and misdemeanors, and that the following articles of impeachment be exhibited to the United States Senate:
Articles of impeachment exhibited by the House of Representatives of the United States of America in the name of itself and of the people of the United States of America, in maintenance and support of its impeachment against President George W. Bush for high crimes and misdemeanors.

23

In his conduct while President of the United States, George W. Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty to take care that the laws be faithfully executed, has committed the following abuses of power.

Article I--Creating a Secret Propaganda Campaign To Manufacture a False Case for War Against Iraq

In his conduct while President of the United States, George W. Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty under article II, section 3 of the Constitution ``to take care that the laws be faithfully executed'', has both personally and acting through his agents and subordinates, together with the Vice President, illegally spent public dollars on a secret propaganda program to manufacture a false cause for war against Iraq.

The Department of Defense (DOD) has engaged in a years-long secret domestic propaganda campaign to promote the invasion and occupation of Iraq. This secret program was defended by the White House Press Secretary following its exposure. This program follows the pattern of crimes detailed in articles I, II, IV, and VIII. The mission of this program placed it within the field controlled by the White House Iraq Group (WHIG), a White House task-force formed in August 2002 to market an invasion of Iraq to the American people. The group included Karl Rove, I. Lewis Libby, Condoleezza Rice, Karen Hughes, Mary Matalin, Stephen Hadley, Nicholas E. Calio, and James R. Wilkinson.

The WHIG produced white papers detailing so-called intelligence of Iraq's nuclear threat that later proved to be false. This supposed intelligence included the claim that Iraq had sought uranium from Niger as well as the claim that the high strength aluminum tubes Iraq purchased from China were to be used for the sole purpose of building centrifuges to enrich uranium. Unlike the National Intelligence Estimate of 2002, the WHIG's white papers provided ``gripping images and stories'' and used ``literary license'' with intelligence. The WHIG's white papers were written at the same time and by the same people as speeches and talking points prepared for President Bush and some of his top officials.

The WHIG also organized a media blitz in which, between September 7-8, 2002, President Bush and his top advisers appeared on numerous interviews and all provided similarly gripping images about the possibility of nuclear attack by Iraq. The timing was no coincidence, as Andrew Card explained in an interview regarding waiting until after Labor Day to try to sell the American people on military action against

24

Iraq, ``From a marketing point of view, you don't introduce new products in August.''.

September 7-8, 2002:

NBC's ``Meet the Press'': Vice President Cheney accused Saddam of moving aggressively to develop nuclear weapons over the past 14 months to add to his stockpile of chemical and biological arms.

CNN: Then-National Security Adviser Rice said, regarding the likelihood of Iraq obtaining a nuclear weapon, ``We don't want the smoking gun to be a mushroom cloud.''.

CBS: President Bush declared that Saddam was ``six months away from developing a weapon'', and cited satellite photos of construction in Iraq where weapons inspectors once visited as evidence that Saddam was trying to develop nuclear arms.

The Pentagon military analyst propaganda program was revealed in an April 20, 2002, New York Times article. The program illegally involved ``covert attempts to mold opinion through the undisclosed use of third parties''. Secretary of Defense Donald Rumsfeld recruited 75 retired military officers and gave them talking points to deliver on Fox, CNN, ABC, NBC, CBS, and MSNBC, and according to the New York Times report, which has not been disputed by the Pentagon or the White House, ``Participants were instructed not to quote their briefers directly or otherwise describe their contacts with the Pentagon.''.

According to the Pentagon's own internal documents, the military analysts were considered ``message force multipliers'' or ``surrogates'' who would deliver administration ``themes and messages'' to millions of Americans ``in the form of their own opinions''. In fact, they did deliver the themes and the messages but did not reveal that the Pentagon had provided them with their talking points. Robert S. Bevelacqua, a retired Green Beret and Fox News military analyst described this as follows: ``It was them saying, `We need to stick our hands up your back and move your mouth for you.'.''.

Congress has restricted annual appropriations bills since 1951 with this language: ``No part of any appropriation contained in this or any other Act shall be used for publicity or propaganda purposes within the United States not heretofore authorized by the Congress.''.

A March 21, 2005, report by the Congressional Research Service states that ``publicity or propaganda'' is defined by the U.S. Government Accountability Office (GAO) to mean either (1) self-aggrandizement by public officials, (2) purely partisan activity, or (3) ``covert propaganda''.

These concerns about ``covert propaganda'' were also the basis for the GAO's standard for determining when government-funded video news releases are illegal:

``The failure of an agency to identify itself as the source of a prepackaged news story misleads the viewing public by encouraging the viewing audience to believe that the broadcasting news organization developed the information. The prepackaged news stories are

25

purposefully designed to be indistinguishable from news segments broadcast to the public. When the television viewing public does not know that the stories they watched on television news programs about the government were in fact prepared by the government, the stories are, in this sense, no longer purely factual--the essential fact of attribution is missing.".

The White House's own Office of Legal Council stated in a memorandum written in 2005 following the controversy over the Armstrong Williams scandal:

``Over the years, GAO has interpreted `publicity or propaganda' restrictions to preclude use of appropriated funds for, among other things, so-called `covert propaganda'. . . . Consistent with that view, the OLC determined in 1988 that a statutory prohibition on using appropriated funds for `publicity or propaganda' precluded undisclosed agency funding of advocacy by third-party groups. We stated that `covert attempts to mold opinion through the undisclosed use of third parties' would run afoul of restrictions on using appropriated funds for `propaganda'.".

Asked about the Pentagon's propaganda program at White House press briefing in April 2008, White House Press Secretary Dana Perino defended it, not by arguing that it was legal but by suggesting that it ``should'' be: ``Look, I didn't know look, I think that you guys should take a step back and look at this look, DOD has made a decision, they've decided to stop this program. But I would say that one of the things that we try to do in the administration is get information out to a variety of people so that everybody else can call them and ask their opinion about something. And I don't think that that should be against the law. And I think that it's absolutely appropriate to provide information to people who are seeking it and are going to be providing their opinions on it. It doesn't necessarily mean that all of those military analysts ever agreed with the administration. I think you can go back and look and think that a lot of their analysis was pretty tough on the administration. That doesn't mean that we shouldn't talk to people.".

In all of these actions and decisions, President George W. Bush has acted in a manner contrary to his trust as President and Commander in Chief, and subversive of constitutional government, to the prejudice of the cause of law and justice and to the manifest injury of the people of the United States. Wherefore, President George W. Bush, by such conduct, is guilty of an impeachable offense warranting removal from office.

Article II--Falsely, Systematically, and With Criminal Intent Conflating the Attacks of September 11, 2001 With Misrepresentation of Iraq as an Imminent Security Threat as Part of a Fraudulent Justification for a War of Aggression

In his conduct while President of the United States, George W.

26

Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty under article II, section 3 of the Constitution ``to take care that the laws be faithfully executed'', has both personally and acting through his agents and subordinates, together with the Vice President, executed a calculated and wide-ranging strategy to deceive the citizens and Congress of the United States into believing that there was and is a connection between Iraq and Saddam Hussein on the one hand, and the attacks of September 11, 2001, and al Qaeda, on the other hand, so as to falsely justify the use of the United States Armed Forces against the nation of Iraq in a manner that is damaging to the national security interests of the United States, as well as to fraudulently obtain and maintain congressional authorization and funding for the use of such military force against Iraq, thereby interfering with and obstructing Congress's lawful functions of overseeing foreign affairs and declaring war.

The means used to implement this deception were and continue to be, first, allowing, authorizing and sanctioning the manipulation of intelligence analysis by those under his direction and control, including the Vice President and the Vice President's agents, and second, personally making, or causing, authorizing and allowing to be made through highly-placed subordinates, including the President's Chief of Staff, the White House Press Secretary and other White House spokespersons, the Secretaries of State and Defense, the National Security Advisor, and their deputies and spokespersons, false and fraudulent representations to the citizens of the United States and Congress regarding an alleged connection between Saddam Hussein and Iraq, on the one hand, and the September 11th attacks and al Qaeda, on the other hand, that were half-true, literally true but misleading, and/or made without a reasonable basis and with reckless indifference to their truth, as well as omitting to state facts necessary to present an accurate picture of the truth as follows:

(1) On or about September 12, 2001, former terrorism advisor Richard Clarke personally informed the President that neither Saddam Hussein nor Iraq was responsible for the September 11th attacks. On September 18, Clarke submitted to the President's National Security Adviser Condoleezza Rice a memo he had written in response to George W. Bush's specific request that stated: (1) the case for linking Hussein to the September 11th attacks was weak; (2) only anecdotal evidence linked Hussein to al Qaeda; (3) Osama Bin Laden resented the secularism of Saddam Hussein; and (4) there was no confirmed reporting of Saddam Hussein cooperating with Bin Laden on unconventional weapons.

(2) Ten days after the September 11th attacks the President received a President's Daily Briefing which indicated that the

27

U.S. intelligence community had no evidence linking Saddam Hussein to the September 11th attacks and that there was ``scant credible evidence that Iraq had any significant collaborative ties with Al Qaeda".

(3) In Defense Intelligence Terrorism Summary No. 044-02, issued in February 2002, the United States Defense Intelligence Agency cast significant doubt on the possibility of a Saddam Hussein-al Qaeda conspiracy: ``Saddam's regime is intensely secular and is wary of Islamic revolutionary movements. Moreover, Baghdad is unlikely to provide assistance to a group it cannot control.".

(4) The October 2002 National Intelligence Estimate gave a ``Low Confidence" rating to the notion of whether ``in desperation Saddam would share chemical or biological weapons with Al Qaeda". The CIA never informed the President that there was an operational relationship between al Qaeda and Saddam Hussein; on the contrary, its most ``aggressive" analysis contained in ``Iraq and al-Qa'ida: Interpreting a Murky Relationship" dated June 21, 2002, was that Iraq had had ``sporadic, wary contacts with al-Qa'ida since the mid-1990s rather than a relationship with al-Qa'ida that has developed over time".

(5) Notwithstanding his knowledge that neither Saddam Hussein nor Iraq was in any way connected to the September 11th attacks, the President allowed and authorized those acting under his direction and control, including Vice President Richard B. Cheney and Lewis Libby, who reported directly to both the President and the Vice President, and Secretary of Defense Donald Rumsfeld, among others, to pressure intelligence analysts to alter their assessments and to create special units outside of, and unknown to, the intelligence community in order to secretly obtain unreliable information, to manufacture intelligence or reinterpret raw data in ways that would further the Bush administration's goal of fraudulently establishing a relationship not only between Iraq and al Qaeda, but between Iraq and the attacks of September 11th.

(6) Further, despite his full awareness that Iraq and Saddam Hussein had no relationship to the September 11th attacks, the President, and those acting under his direction and control have, since at least 2002 and continuing to the present, repeatedly issued public statements deliberately worded to mislead, words calculated in their implication to bring unrelated actors and circumstances into an artificially contrived reality thereby facilitating the systematic deception of Congress and the American people. Thus the public and some members of Congress, came to believe, falsely, that there was a connection between Iraq and the attacks of 9/11. This was accomplished through well-publicized statements by the Bush

28

Administration which contrived to continually tie Iraq and 9/11 in the same statements of grave concern without making an explicit charge:

(A) ``[If] Iraq regimes [sic] continues to defy us, and the world, we will move deliberately, yet decisively, to hold Iraq to account. . . . It's a new world we're in. We used to think two oceans could separate us from an enemy. On that tragic day, September the 11th, 2001, we found out that's not the case. We found out this great land of liberty and of freedom and of justice is vulnerable. And therefore we must do everything we can--everything we can--to secure the homeland, to make us safe.'' Speech of President Bush in Iowa on September 16, 2002.

(B) ``With every step the Iraqi regime takes toward gaining and deploying the most terrible weapons, our own options to confront that regime will narrow. And if an emboldened regime were to supply these weapons to terrorist allies, then the attacks of September 11th would be a prelude to far greater horrors.'' March 6, 2003, Statement of President Bush in National Press Conference.

(C) ``The battle of Iraq is one victory in a war on terror that began on September the 11, 2001--and still goes on. That terrible morning, 19 evil men--the shock troops of a hateful ideology--gave America and the civilized world a glimpse of their ambitions. They imagined, in the words of one terrorist, that September the 11th would be the `beginning of the end of America'. By seeking to turn our cities into killing fields, terrorists and their allies believed that they could destroy this nation's resolve, and force our retreat from the world. They have failed.'' May 1, 2003, Speech of President Bush on U.S.S. Abraham Lincoln.

(D) ``Now we're in a new and unprecedented war against violent Islamic extremists. This is an ideological conflict we face against murderers and killers who try to impose their will. These are the people that attacked us on September the 11th and killed nearly 3,000 people. The stakes are high, and once again, we have had to change our strategic thinking. The major battleground in this war is Iraq.'' June 28, 2007, Speech of President Bush at the Naval War College in Newport, Rhode Island.

(7) Notwithstanding his knowledge that there was no credible evidence of a working relationship between Saddam Hussein and al Qaeda and that the intelligence community had

29

2:18



112TH CONGRESS
2D SESSION

# H. R. 5736

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

MAY 10, 2012

Mr. THORNBERRY (for himself and Mr. SMITH of Washington) introduced the following bill; which was referred to the Committee on Foreign Affairs

# A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2    *tives of the United States of America in Congress assembled,*
3    **SECTION 1. SHORT TITLE.**
4        This Act may be cited as the "Smith-Mundt Mod-
5    ernization Act of 2012".

---

2

1    **SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT**
2        **THE UNITED STATES.**
3        (a) UNITED STATES INFORMATION AND EDU-
4    CATIONAL EXCHANGE ACT OF 1948.—Section 501 of the
5    United States Information and Educational Exchange Act



🔒 govinfo.gov

4:16                                    LTE ▪

☰          **Sarasota Magazine**          🔍

**News & City Life**  ›  More News & City Life  ›  Will \



**9/11**

# Will We Ever Know the True Story Behind Sarasota's Connection to 9/11?

AA          sarasotamagazine.com          ✕

‹                ⬆               📖              ⧉



"They know that the Northern covered in ice, a la *The Day After Tomorrow* or it will be too arid and erratic, that the only tolerable living conditions will exist south of the border, writes the Vidiot. "The land Bush is rumored to have purchased is smack dab over an aquifer as well as dead close to a good source of natural gas. On top of that, there's a huge chunk of land right next door that's owned by the Bush family good buddy Sun Myong Moon of the infamous Moonies ... It's perfect. They will have water, they will have gas, they have a military contingent there to fight off the locals, they could do whatever they wanted AND not get extradited to The Hague.""

Paranoia aside, there was another thread that tended to link most of the blog coverage — that is, the "coincidence" that Jenna Bush "just happened" recently "to visit" Paraguay.

"For me, the news that Jenna Bush had become a UNICEF ambassador was already a disconnect of baroque proportions," writes skdadl at Peace, order and good government, eh? "And Jenna as any kind of secret political emissary seems to me to lift this story right off into the rococo. But then, as Scott Fitzgerald once said, the rich aren't like us, so what would I know?"

arks    Profiles    Tab    Window    Help

Ou    ×    🔴 are bloggers with .org reliabl    ×    👑 President Bush Meets with P    ×    +

itehouse.archives.gov/news/releases/2008/10/images/20081027_d-0152-6-515h.h...    ☆

en in time." The web site is no longer updated and links to external web sites and some internal pages will

# THE WHITE HOUSE

Home > News & Policies > October 2008

## President Bush Meets with President Lugo of Paraguay



President George W. Bush and Paraguay's President Lugo ... their meeting with reporters in the Oval Office. White ...

issues

## WHITE HOUSE PHOTOS

President  |  Vice President  |  Mrs. Bush  |  Mrs. Cheney  |  Photo Essays

ght

more news













12:52

 

# Inside the Oval

When Bush became DCI, he insisted upon direct access to President Ford. He usually edited the President's Daily Brief or briefed at National Security Council meetings in order to convey CIA's analysis directly to the President.



12:56

 **CIA**

In 1981, Bush became President Ronald Reagan's vice president. He brought with him a deep appreciation for the President's Daily Brief (PDB) and read it avidly throughout his vice presidency. When Bush became the 41st President of the United States in 1989, he made a CIA briefing his first order of daily business in the Oval Office. "The reason I like to get intelligence from you folks is that I know you tell it like you see it," he said. "You have no policy axe to grind and you are absolutely discreet."

George H.W. Bush served as Director of Central Intelligence (DCI) from January 1976 to January 1977, just ten days shy of one full year. Though his tenure was limited, his

AA        cia.gov        

**Exhibit B**

# A SUSTAINABLE DRINKING WATER SUPPLY FOR NEW YORK CITY

## ST. ANOTHONY'S BLUE GOLD TRANSMISSION ALIGNMENT

GEORGE WASHINGTON ROCK, NEW JERSEY TO NEW YORK CITY

TO

REVITILIZE ENVIRONMENT, ECONOMY AND HEALTH

SERVING

## EASTERN NEW JERSEY AND NEW YORK CITY

FOR

OWNER/ACCESS TO SECRET UNDERGROUND RIVER NEAR MOUNT WASHTUNG

**Anthony Menza**
505 Warren Road
Warren, NJ 07059

BY

Joseph D. Gilberti, Jr., P.E.
**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering and Consulting Services
385 Donora Boulevard
Fort Myers Beach, Florida 33931
813-470-6000
gilbertiwater@gmail.com
www.gilbertibluegold.com

Certified US Mail to:

**Mayor of New York City**
**Office of the Governor of New York**
**Office of the Governor of New Jersey**
**Office of the Governor of Delaware**
**New York Department of Environmental Protection**
**New Jersey Department of Environmental Protection**
**Natural Resource Defense Council**
**New Jersey Transit Corporation**
**Army Core of Engineers**
**American Water Company, Inc.**
**New York Department of Health**
**Department of Transportation**

November 6, 2022

## PRELIMINARY ALIGNMENT AND FEASIBILITY REPORT

## PROJECT OVERVIEW

The Menza residence is located at 505 Warren Road, New Jersey in the upper limits of Washington Rock or Washtung Mountain (old Blue Hills) toward the eastern end of New Jersey only 25miles west of New York City and approximately 2000 feet above where an old Lava spill from deep in the Earth left a massive underground river access point below our clients land.   The old, deep well with pure and endless drinking water was reserved and is the only lot in the area that was not required to hook up to the local water supply infrastructures during assessments due to the high quality of the Well and this unique access point.   The property is located in hills of Somerset County with many potential routes for a large 9ft diameter Blue Gold Transmission down existing railroad right-of-way (R/W), Interstate I-78 and 22 R/W to flow downhill into the much needed new source to all of New York City.

The location of the rural lot of approximately 1.5 acres with access to a deep basalt layer of the only historical area in New Jersey with Volcanic Trappa rock providing a alkaline type source, which is also location very close to large populations such as eastern New Jersey and New York City.



Alignment 1 - I-78 from Washington Rock to New York City
(alternative links from SR 22, Dunellen Railroad R/W, and Power Easements)



Map of the underground formations by State of New Jersey public record USGS maps.



nj.gov

**LandTech Design Group, Inc.** is has another large project in Florida showing new transmissions down CSX Railroads and Interstate I-75 from Sarasota Florida to Miami solving the Florida North South conflict for over 10yrs where water quality and shortages from the same type of old style designs using reservoirs and rain dependency. Our new site resourcing and engineering concepts solve major water supply problems and lower the utility, water bills, taxes and risk to States and is being implemented in larger regions and now in your area, to help the American People move away from the old ways of water supply risk factors and issues that we request to discuss below in workshops with Staff and Agencies from New York City, New Jersey and Delaware systematically to expedite.

(1) Alignments alternative down local roadways, Highways, existing Railroad R/w and Power easements.

(2) Project Prospectus for Job Creation from Spring Water to the Tap of Homes in eastern New Jersey and New York City

(3) Overall 30 mile Transmission Alignments from Washington Rock or Washtung Mountain (Old Blue Hills) to New York City.

(4) Water Readings and Historical maps of secret hidden resource and through LandTech Design Group, Inc., new Hypothesis for Water Origin Theory showing endless Water below hidden by EPA Ice Comet theory

(5) Demands and Flows needed along alignment (preliminary)

(6) Appendix
  - New York Aqua-duct failure reports showing upcoming disasters
  - New York current Aqua-Duct System Shutdown in June 2022
  - Arsenic leaking in System without warnings in NYC from aqua-ducts no longer sustainable to the Public on a major and long time Level of Service
  - Florida's 300mile Blue Gold Pipeline from KT Event showing similar secret resources that can solve the whole nations water supply with new science and access points.

*WORKSHOP REQUEST WITH NEW YORK CITY MAYOR AND STAFF*

Although this report is submitted preliminary, we have much more in our file, but wish to discuss the Water Supply interconnection models, future Capital improvement funds, matching funds and of course the Public Need which this new hidden resource may be expedited for funding as an Alternative Drinking Water Resource in case the ENTIRE AQUA-DUCT collapses into New York City from the 250yr old system, that has over 80yr old concrete aqua-ducts failing, that may create a massive Pandemic in New York City of NO WATER SUPPLY within days of the Collapse.

This system could stabilize the Risk within 2yrs construction, with the ability to allow the old system to be shut down in phases so in the end there are two sources from two different States serving New York city. The existing old system under duress from Delaware and the new proposed System via St Anthony's Blue Gold Pipeline. The failures and leaks within the Delaware system has caused home flooding which is a function also of the old system.



*Diagram 1*

Water Supply ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly (80 to 400yr old infrastructure needs replacement)



*Diagram 2*
Water Supply DEPENDS ON RAIN and subject to droughts and ready to collapse at Aqua-ducts affecting over 20million
People in New York and Delaware instantly
(80 to 400yr old infrastructure needs replacement)

*CONCLUSION*

Our new deep underground resource and proposed Blue Gold (primary Water Cycle) alignment not only provides better quality but a closer and more sustainable water source while the existing sources from Delaware systems will continue to increase in cost through renovations in perpetuity due to the age of concrete and other factors of use and break down. No matter how long you try the existing system while eventually fail and stop water to New York as warned to the Public by the Engineers in the region with an emphasis in multiple seminars, meetings, books and reports since 2013 and getting worse. Drinking Water supply effects Local, State, Federal and Global Sustainability in every way, shape or form.

For the past 400years New York is served from surface systems and Aqua-ducts that have been renovated to concrete aqua-ducts in the 1940's which have begun again to fail since 1980's or for the past 40yrs, but with a huge risk to a much larger population. These constructed aqua-ducts up State from New York in Delaware have now become a risky business in that Water Supply can be completely shut off if a collapse of the very frail reinforced concrete aqua-ducts shown in various reports in our Appendix by the National and State Authorities.

The existing water supply system in New York has even affected the population in Delaware with flooding. Reports show from the 1990's over 35million gallons per day are leaking, but fail to show whats leaking in and contaminating the water supply. Please contact our office at your earliest convenience so we can coordinate a Zoom Meeting and discuss three workshops completed with your staff in New York City on our proposal to help three States in Water Supply issues.

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5  AM 9:48

<u>U.S. District Court of New York</u>

<u>Southern District</u>

<u>New York, NY</u>

Joseph D. Gilberti P.E.                    Case No:_____

                Petitioner,                              (new Case)

v.

<u>Charles National Department of Interior; Vice President Harris;
City of New York, New York Port Authority; Home Land Security;
President of Ny Army/Onhavy; National Alliance Defense
Counseling; Governor of New York; Department of Transportation;
Federal Bureau of Investigation (FBI); US Congress; President Biden;
United States Geological Services; officials of Mayor
Jurisdiction; Governor of New Jersey; Governor of Florida</u>

                <u>Respondents</u>                    /

                <u>Petition for Writ of Mandamus</u>

Comes Now, Petitioner, Joseph D. Gilberti, P.E., a Florida Licensed
Professional Engineer, pursuant to FCRP, hereby files a Petition
for Writ of Mandamus' for All Respondents to verify two secret Resources of
"Spring Water from Earths Core" which provides Endless, contaminant
Free, PFAS Free, toxin Water from Deep in Earth; with No Rain
Dependencies. Two Locations have been submitted to Respondents
over past 2-10yrs. Washington Rock, New Jersey (Washburg Mountain)
A buried Volcano to serve New Jersey to New York, replacing OLD

                                (1)                    Lead Tech Design Group, Inc

Aqueducts under New York City. Saving Miles, providing much healthier Water Supply; saving cost to maintain Aqueducts of approximately $00,000,000/Day; in Allowing Reakerhole in Northern New York to open at the Catskill Mountains and upstream at the Top of source (of Top of Watershed).

Petitioner also request Respondents to inspect our Statewide Florida project from Tampa to Miami, with 'Primary Spring Water from Earth's Core' from an Historical Yucatan Meteor Impact (KT Event) at 9438 Daughtery Road, Sarasota, FL 34266. (Titled Petition)

   Both projects have been emailed to Respondents and hand delivered to Mayor Eric Adams at City Hall, Governors Room on February 2, 2024, to Meg Lehost, in person.

   Both Projects can be seen on Gilbrath vs. George Bush, et al Palm Beach. CIRCUIT 15 CASE 2024-CA-014963-MB. Reasons for Writ of Mandamus are as follows:

### Factual Background

(1) Petitioner is a Licensed Civil/Mechanical based Development Infrastructure Engineer with over 30yrs experience. Graduated from University of Florida 1993, Fla PE#56079.


(2) Both project resources have Global Oil Drillers with over 35yrs in Network, and extensive drilling experience, Aquifer experience in New Jersey and New York. Jim Murray of Amps Aquifer Maintenance, Palm Beach, Fl. Has Investigated both Projects.

( 2 )

## Factual Background (cont.)

(3) A Mandamus on Respondents to investigate both Resources takes only a few days. This Global Knowledge from both Resources in New Jersey (Somerset County) and Sarasota Florida Allow other States and Water poor/drought/desert Nations, like the Middle East, India and Southern California, Mexico, find Endless Spring Water without Rain dependency to stop Wars, Oppression, Migrations and Hunger.

(4) These Resources demostrate EPA Water Origin Theory, via 'Ice Comet Theory' to be replaced by 'Oceans beneath Earth Theory' to solve 'Climate Change' with the CORRECT Thermodynamic Model. Everything changes instantly and Regulations/Taxes go down. Production, Sustainabilty goes up. World Peace begins and World Hunger Ends.

(5) Gilberti v. Council of National Defence, NRDC, ACOE, Mandamus is docket at Tampa US Middle District of Florida, shows details and State cases (related issues) where Gov. Desantis and FBI have, with over 150 Politicans/Judges have Attack Petitioner Civil Rights, land, clients, project to suppress this Global Knowledge to maintain Military Complex/Big Pharma Complex profits from Middle East Wars/Epidemics At the Top. Also See: Gilberti v. Rubio, Homeland Security, et al

(6) Nobody is moving these access points of Endless, High Flow of 'Rising Spring Water' generated from Earths Core/Mantle.

### Statement of Jurisdictal Basis

(7) This court has jurisdiction pursuant to Article III, section 2, of the United States Constitution which empower's this court to act "all cases, in law and equity, arising under [the] Constitution." Issuance of writ of mandamus in aid of such jurisdiction is authored by 28 U.S. Cak §1651.

### Federal and State Constitutional Provisions

(8) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein the reside. No state shall make or enforce any law (WATER LAWS!) which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

US Const. amend. XIV, §I

### Legal Standard

(9) A writ of mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored the benifits of this Global and local deep underground Endless Spring water supply to create a Water, Food, Energy crisis."

(4)

Water, Safety, Healthcare, Economic Sustainability, and
National Defense upgrade for New York, New Jersey
and Florida Peninsula See Title 50 USC 93; Title 42 USC

(10) Petitioner has submitted Alignment Plans with "Primary Water"
access to Respondents since November 2022 and met at City
Hall, New York City with Mayor Eric Adams, staff member Neg
Lakew, with Marine Anthony Mercer and Sal Baretta for a 900 MGD
delivery from Westlung Mountain at Washington Rock. See Exhibits
"A" and "B" for NJ to NY alignments from a buried Volcano; and
the Florida Project from a Tilted Platform in Sarasota from the KT
Event. See Gilberti KT Hypothesis.
(11) Both Projects allow a Massive Infrastructure, Railroad upgrades
and Revenue Bond takedowns due to the "High Level of Service" (LOS)
and hidden ATTACKS on Petitioner Banks and Data with Respondents
tied to the land and implemented Engineering Permits/Studies/Exposure
(12) All Northern New York Watershed can be replaced by this nearby
System, increased GDP; lower Power/Water Bills; new upgraded
National Defense. See Title 50 USC § 3 — Duties of Council
tied to both Projects, via NJ Transit and I-78 now Tracks
with New York Tunnels/Port Authority upgrades from saving tax payers
$100,000,000/Day wasted on old Aqua-Ducts 1, 2, 3 subject
to collapse since 1991. Stops upstream City Flooding in Northern NY.
(13) Petitioner filed Gilberti v. George Bush, et al in Cir 15
Palm Beach, FL to Allow this Court to download official study
handed to Respondents with Mayor Eric Adams office. See
Case in Cir 15: 50-2024-CA-06963-MB. Also see Gilberti v.
Council of National Defense, (5) in Tampa Middle Dist.

(14) Upgrading Water Supply to Antioxidant "Spring Water" while enhancing National Defense is the reason for the Petition for Mandamus. It take Extreme Knowledge and Skill, Bravery to produce these projects, under DOJ attack, with tuned Terrorism. See Gilberti v. Pentagon et al and Gilberti v. Federal Reserve et al, stonewalled by incompetent Judges/Leaders/Cops.

See Title 18 USC § 241-242 and H.R. 5736 Smith Mundt Act Mod of 2012 used to attack Petitioner with Title 22 USC And Media dissemination. <u>TEST THE RESOURCES FOR MOTIVES.</u>

<u>Title 50 USC § 3 - Duties of Council</u>
"See Exhibit A & B"

(15) "It shall be the duty of the Council of National Defense to supervise and direct investigations and make representations to the President and the heads of executive departments as to location of <u>railroads</u> with reference to the frontier of the United States so as to render cooperative concentrations of troops and supplies......" ~~These~~ Florida and New York plans enhances our Water/Defense protections. All New York is <u>OLD</u> concrete and designs, subject to failure; the Aqua ducts may have been attacked too in 9-11 attack (81d7?) And this system Protects over 10,000,000 people and is hidden from the Public and Respondents by Media Eric Adams And have of New York City Council, Ron Desantis and more. Who would hide this from THE PEOPLE in an elected Oversight more than 1-Day? Mandamus is warranted immediately to validate Resources.    (6)    No Real Men or Leader in Nyus?!

New Jersey to New York Blue Gold Transmission (900 MGD)

WWW.GILBERTIBLUEGOLD.COM

## Exhibit A



N
W → E
S

UNDEVELOPED
WATERSHED
(Develop new)

LAKES AT
RAMTIL
MOUNTAINS

NY

PFAS!
Poor watershed
OLD
AQUADUCTS
(Failing)

NJ

INT
ZONE
SOURCE

GOLD
TEE

MANHATTAN

USA

NJ TRANSIT
n/a Rdw

Staten
Island

NOTES:

1) reset Revenue Bonds for Water Infrastructure (exist)

(2) Spring Water replaces Treated water to NY/NJ.

(3) SAVE $100mil/day (wholesale) Plan NTS

( Atlantic Ocean )

( 22 mile Transmission depths 8-78 to NY )
900 MGD SPRING WATER To Taps
GILBERTI BLUE GOLD PIPELINE

Watchung Buck
New Pump Station

WATCHUNG
MOUNTAIN

(OLD RANGE)
HILLS

9' Diameter
Pipe

500' Above N/Y    ( World Trade Center )
MANHATTAN

NEW YORK CITY INFRASTRUCTURE
WATER DISTRIBUTION
SYSTEM (Exist)

ENDLESS
+ BLUE GOLD
WATER

NATURAL
FILTER
ROCK

400' ft
below

DUDED
CHECK VALVES
WELL
PIPES

Leaking Aquaducts since 1991
( 35 MGD ) Potable/Contaminated
Treated Water
( PFAS )

1000'

1 LAYER

NEVER
ENDING
SOURCE

WASHUNG MOUNTAIN
BURIED VOLCANO

STEAM ENGINE
Provides Endless Spring
Water Source to
NEW YORK / NJ

( 900 MGD )

PURE
PRIMARY WATER
FROM CORE

Potable
NTS

Exhibit B

"Revitilization of National Defense of Florida Peninsula"

(Per Title 50 USO § 3 - Council of National Defense)

NAVY

CENTCOM

CENTRAL
COMMAND
McDILL
AFB

MANATEE
PORT
(EXPANSION)

Tampa Ports

CSX R/R

NORTH
W ← → E
VS
N.T.S.

Fort Drum

(Florida Peninsula)

#LOCATION BLUE GOLD ACCESS#
(9439 Duncan Rd, Sarasota, Fl 34266)

GILBERTI BLUE GOLD ACCESS
(secret underground river)
ANTIOXIDANT
ENDLESS/HIGH Flow/Pruitt Road

Florida
Peninsula
(EAST LINE)

I-75 (10 LANE WIDENING) DOE
+ 5 RAIL R/R
TRACKS
(High Speed Rails)

Charlotte
Harbor

Punta
Gorda

OLD CSX
Railway
(2) 9" DIA
BLUE GOLD
PIPES (NEW)

Ft
Myers

Naples,

LAKE
OKEECHOBEE

SYDNEY
R/R

I-75

V V V V
(EVERGLADES)

ALLIGATOR
ALLEY
(I-75)

Atlantic
Ocean

Port of Palm
Beach

Port of Palm Beach
(APPROVED)

MILE HIGH
I-24

Port Everglades
(APPROVED)

Gulf
of
Mexico

ENGINEER NOTES
NOTES

① Railroad Alignment to I-75 (5 tracks)
to upgrade National Defense
Target to South Florida Title 50 § 3.

② Antioxidant to Taps of 10,000,000 Homes
20x GAP INCREASE (ALKALINE HOUSING BOARD)

③ Global underground knowledge of "Mining Gray"
Water from Earls Cove, ENDLESS

Fla Keys

US SOUTHERN
COMMAND
Title 50 § 3

Port of Miami
(DADE)

LANDTECH DESIGN GROUP, Inc.

_Request for Relief_

(16) Over 12yrs Florida Cir 12, 13 of 7, 20 have filed fake police
reports, traced bank takes, with H.R. 5736 gross to disseminate
the public using Propaganda VIA Smith Mundt Act in Title 22 USC.
All going against Title 18 US § 241-242, to conspire against
America with 'Fantastic Events' with 4 corky Ron Desantis and
Gary Cohn Yale, Harvard, Notre Dame in Tampa - Sarasota
Region. Some investigations point to same group tied to
Sarasota 9-11 Connection, CIA, Bush Blue Gold Water Wars
And South Manatt tot rod in 2012-2015 with N.D.A.'s,

(17) Petitioner has permits, records, civil infrastructure plans
in Florida, delivered to US Congress for years, with FDEP
Permits. Sarasota Judges with Sheriffs are hiding US National
Defense resources from New York / New Jersey and Florida Citizens
with over $5,000,000 stolen in tax base in a Frank Tinsko'
See Sarasota Fraud / Title cases in Cir 12:

|  |  |  |  |
|---|---|---|---|
| (open) | 2015 CA 06544 NC | Gilberti v. 72 Partners (Lien) |  |
| (open) | 2011 CA 04209 NC | 72 Partners v Cecil Bradley (Fraud |  |
| (see attacks) (open) | 2019 CA 04552 NC | Gilberti v 72 Partners (Land T... |  |
| (open) | 2021 CF 07559 NC | Gilberti v State (Attack) (Traps) |  |

See Related cases in   Gilberti v CDC, et al  (Fed)
                        Gilberti v Pentagon, et al  (Fed)
(See attacks)           Gilberti v. Biden, et al  (Fed)
                        Gilberti v. Federal Reserve, et al

All hidden and
                        (4)

Relief (cont.)

(18) All cases never allowed any investigations, Every Federal case was stonewalled from Ketanga Brown Jackson order (Fraud) that made her get promoted in DC to Supreme Ct Justice!

Once Florida resource, by KT Booot with genuine medicinal water, in Earth, that to secret underground Ocean, is verified.

All cases come back, US opens more in California, Mexico, etc.

New York and New Jersey can now provide similar spring water at much lower cost.

<u>Shutdown Aqueduct '3' Funds</u>

(19) Petitioner request Aqueduct 3 and Maintenance funds for Aqueduct 1 & 2 be halted to build a 9' Diameter Transmission from Washington Rock (Somerset County, NJ) to New York. See Exhibit B and Study shown in Gilberti v George Bush, et al in Palm Beach case 50-2024-CV-06963-MB.

<u>FBI to investigate New York DEP and Sarasota County / Desantis</u>

(20) Once resources are verified by USGS, NRDC and Homeland Security, Petitioner proves motives of Florida DOJ frauds and illegal combat since 2012 to date by Tampa Ch 13 (Orenburg Trans.) and now Ch 12 in case 2021 CF 07559 NC. Investigate Fraud Transfer. Florida Supreme Court case 2024-0963 <u>Gilberti v Florida Bar</u>, Desantis ongoing.

<u>Relief (Cont.)</u>

"<u>Standard of Review / Verify Resources by Petitioner</u>" →

Title 43 (§§81-50E) USGS — No modern mapping of 75%
of USA nissay. Petitioner
has secret data from old maps
to 'Proxy Water access'

"Takes 2-Days!"
(Change to Sustainable)

(21) Petitioner Oil Consultants, Jim Murry, Amps Aguilar/Haarlontera
in Palm Beach, drilled Wells 3/4 Earth and in Newark
for 35yrs with extensive knowledge of Watchtung Mountain.
He also with others (Boeing/Rockhood) knew of Florida
Resource hidden by Media, DOJ attacks, and Florida FBI.

(22) Title 22, 42, 43, 45, 49 and 50 USC include responsibilities
of Respondents to perform this Resource(s) tracing to back
National Defense, Health and Welfare, Railroad Mitigation
with Pipelines / DOT Capital Improvements

(23) • Title 45 Ch.17 - Railroad Revitalization And Reform
• Title 45 (§§ 701-797n) Regional Railroad reorganization,
• Title 49 (§§101-80504) Department of Transportation/Ports
    Subtitle V. Rail Programs (Pts A-E)
    Subtitle VIII. Pipelines (Chs 601-605)
• Title 42 §1900 - DOI Programs for Science and Research
• Title 50 USC §1 - Council of National Defense
• Title 43 USC (§§1451-1477) - Dept of Interior
            (11)

United Nations - Title 22 § 2152h

(24) "Assistance to provide safe water, sanitation and hygiene"
• Petitioner has found access / Global Knowledge for Middle
East Wars, Hunger and oppression to End in Days.

See 'Senator Paul Simon Water for Poor Act of 2005'
section 10 - Report to Congress regarding Water
for Peace and Security.

Department of Interior / Energy
Title 42 § 1900 - New Energy Opportunity (CLEAN)
FUSION

(25) Petitioner has water readings at 9438 Daughtrey Road, Sarasota
Florida 34266, at Well No 2, approximately 2000' ft below
showing opportunity for FUSION with "Tritium and Deuterium"
(Earth Based Nuclear Fusion)

(26)     Deuterium occurs Naturally in water. Tritium is
A radioactive isotope of hydrogen. Petitioner has confidential
package Test readings for such. Would unique readings show
Calcium 118 mg/L and Magnesium 78 mg/L with pH = 7.49 and
Chlorides below 250 mg/L with a Negative Voltage.

See:   WWW.GILBERTI BLUE GOLD. com
            Joe Gilberti P.E.  (PE# 56077)
                    813-470-6000  gi

(12)

## No other Means to Attain Relief —

(27) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States. See 28 U.S.C. § 1361. There is method of enforcement by Petition to State Legislature; And or local Leaders, claiming Water supply woes, costs of immigrations these project Compromise extremely. The local corruption and apathy to help citizens is obviously growing for self serving leaders, executive positions within agencies. Suddenly Money and Votes are more important than endless intoxidant spring water supply and National Defense?

## Importance Beyond this Case

(28) Equal Rights challenges under a State's constitution to perform or not on a Professional Engineer's find an Alignment Plans to Tps are rarely reviewed thereby potentially encouraging Audacious indifference by State Courts/Agencies, or other Courts, to enforce their organic laws/codes. Writs of Mandamus being supervisory in nature are Appropriate to cure such issues. See United States v. Bertoli, 994 F.2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See in re Volkswagon of America, Inc, 545 F.3d 304 (5th Cir 2008).

## Conclusion

Petitioner has found two major National Defense Resources And produced Engineering Plans / Infrastructure Studies to require Respondents to react IMMEDIATELY; not play 12yrs with Cops, FBI, Judges, Bankers to steal, take his rights, Lands to hide the Global Knowledge from the USA, its Military, its Homes' Taps and from other Nations, to maintain Hunger, War, Migration.

Once a 2-Day test, pump & port, DTH Video verifies both Florida and New Jersey resources; tilted Platform from Meteor Impact and Buried Volcano; Hawaii can be (volcanoes) fixed in Days, Middle East, India desert areas have knowledge to bring Spring Water up deep below without damage to build Agriculture and Power Distribution, with cleaner water and Energy.

Wherefore, a Writ of Mandamus Must issue compelling the Respondents to contract Petitioner for access and workshops to pattern test and trade knowledge, to implement Plans.

## Certificate of Service

On July 23, 2024, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

Joseph D. Gilberti, P.E. (Kidnapped)
#2024-2237                          by DoJ
Sarasota Jail                       Sarasota, FL
2020 Main Street                    911 Connection
                                    w/ Bush

cc/ City of New York
    Mayor Eric Adams        Sarasota, FL 33436
    FBI (Florida)

                        LANDTECH DESIGN GROUP, Inc
                        813-470-6000
                        WWW.GILBERTIBLUEGOLD.COM

(14)



Joe Gilberti PE
#2221-2137
2020 Main Street
Sarasota, FL 33436

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5  AM 9: 44

TAMPA FL 335
SAINT PETERSBURG FL
29 JUL 2024  PM 5: L

Southern District Court of New York
Clerk of Court
500 Pearl Street
New York, NY 10007

USM P3
SDNY

**Exhibit C**

## EXHIBIT A

*Permitted Alignment plans to Peace River Manasota that ties to CSX/Seminole Railway down to Marco Island from Sarasota from EPA hidden Secret underground access to Oceans of Spring Water to the Taps of Millions with Medicine aspects*



Connection from S.R. 72 Clark Road Tri-County Monument at Flint Farms Peace River Loop Option
See attached Engineering Plans submitted to FDEP Jon Iglehart Fort Myers Office May 2020 approved by Desoto County and ready to start Construction to serve Taps.

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

# EXHIBIT D

*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the South Florida Regions to lower utility costs and taxes*

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

|  | **Results** |  | **Public Drinking Water EPA Limits** |
|---|---|---|---|
| **General Bacteria** |  |  |  |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** |  |  |  |
| MicroAnalysis | See Attached |  |  |
| **General Chemistry** |  |  |  |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc. | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 8 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** |  |  |  |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**60 Elm Hill Ave.     Leominster MA 01453-4864     (978) 840-2941     (800) 344-9977     Page 1 of 3**
info@etrlabs.com     www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

## **EXHIBIT D**
### *(Continued)*

**ETR** **Environmental Testing & Research Laboratories**

Same as Client

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

**Health Scan Report**

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| ***Organic Analysis*** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropene | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | 700.0 ug/L |
| Ethylbenzene | Not Detected | No Limit |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 2 of  3**
info@etrlabs.com    www.etrlabs.com

8

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

# EXHIBIT D
## *(Continued)*

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 3 of  3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

## EXHIBIT E
*FDEP Fort Myers Lee County- Record Permitting*



**FLORIDA DEPARTMENT OF**
# Environmental Protection

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jennette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilberti, P.E.
gilbertiwater@gmail.com

Re:    DeSoto County – Potable Water
       Facility Name: Closer to the Heart
       Facility ID: 6142734
       DEP Application No.: 78714-026-DS

Dear Mr. Gilberti:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project. We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations. All permits are issued with these authorizations. Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

> Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

> We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties. That permission must come from the property owner.

> We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County. This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit.

> Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems. Our intent is to permit projects that meet the basic requirements. When the project conforms to the rules, we can successfully defend challenges in court.

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations. I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely,

Nolin Moon
Environmental Administrator

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

JUL 17 2024 PH2:34
FILED - USDC - FLMD - TPA

US District Court of Florida

Middle District

Tampa, Florida


Joseph D. Gilberti, P.E.                Case No: 8:24-CV-1575-TPB-1575
        Petitioner,                                (New Case)

    V.                                      See Suirolls Case(s):
                                     Circuit(12): 2019 CA 04552NC (LTS)
Council of National Defense;             2021 CF 07554 NC (TRAP)
Natural Resource Defense Council;        2011 CA 04209 NC (FRAUD)
Army Corps of Engineers;                 2024 CA 000155 NC (FRAUD)
        Respondents.          1.          2024 CA 00157 NC (FRAUD)

                                  Circuit(15): 2024-CA-016963-MB (TERRORISM)

        Petition for Writ of Mandamus
          'National' Defense 'Resources'

    Comes Now, Petitioner, Joseph D. Gilberti, P.E., A Florida Professional
Licensed Civil/Infrastructure Engineer (PE#56079), pursuant to
FRCP, hereby files a Petition for Writ of Mandamus, to Protect the
Nations with newly found "Deep Underground Rivers" of Antioxidant
Spring Water to Taps from Tampa to South Florida; to Mandate Respondents
to verify the Endless Resource, implement Petitioners 'Closer to the
Heart' 300 mile Transmission/Railroads to Ports/Mitigation Plans
to "ENHANCE MILITARY DEFENSE" with New Water Food, supply
chains to Navy/Fuel Ports per Title 50 §3, §3.021; Title 42.5 4321;
Title 42 (§§ 10301-10310); To provide a "Revitilized National Defense
Operation" for the Florida Peninsula; Reasons for the Petition NC
As Follows:

                                  LANDTECH DESIGN GROUP, INC.
                 (1)              813-470-6000
                                  WWW.GILBERTIBLUEGOLD.COM

## Factual Background

(1) Petitioner is a Florida Licensed Professional Engineer for 30yrs who graduated from University of Florida. Petitioner has extensive Land/Resource/Infrastructure experience as a Civil/Mechanical Engineer. Petitioner has worked for the Largest most Powerful Engineering firms on DOT, Military, Ports and Land Infrastructure Projects at Dames & Moore/URS Corporation in the 90's, with clients across USA and Globe out of the Boca Raton Headquarters in an elite executive position for massive projects to Local permitting.

(2) Petitioner holds Mineral Rights and Access to HAVE Respondents (Access) test/Verify a Global Medicinal Water Supply, 2000' feet below the Daughtrey/Plant Ranches at (approx) 9438 Daughtrey Road Sarasota, Fl 34266. Creating 20% GDP Increase in Housing (Alkaline)!

(3) Petitioner is incarcerated by a local Terrorist 'Organized Fraud' gang of Lawyers, Brokers, Sheriffs, Judges hiding this Project and Resource from the United States and Respondents for 12yrs for Corporate Foreign/Domestic Terrorist, for a hopeful sale for hundreds (# 800 million) of millions, offered to Petitioner in 2013 just after the discovery Petitioner DECLINED ALL OFFERS To Protect America; and then was suddenly was attacked by Greenberg Traurig, Local Corrupt Sheriffs, Politician's, Barack Obama and a long list of officials who obviously DO NOT want Respondents to know of the Resources, Global knowledge that creates World Peace and Protects America extremely. And its Future Defense.    (2)

## Factual Background (cont.)

(4) Respondents can verify Resource with Petitioners access in 1-Day time. Resource has been validated by US Consultants and Oil Drillers on 4-3-2013; who have been raised on US Military Marine Bases and have contracts for over 50yrs with same, as well as Lockheed Martin / Boeing, (See traps Aquifer Plant.) PBC.

(5) Another access point to 'Priming Spring Water' from Earths core like the Sarasota Resource was found in New Jersey at Washington Rock (Washtowne Mountain) to serve New York and its Ports. Meeting held with Mayor Eric Adams on 2-2-23, City Hall.

(6) The Sarasota 'Priming' Water Spring Antioxidant' is from a tilted Platform from the KT Event. Source shows 118mg/L Calcium, 78mg/L Magnesium with pH above 7.49, with endless high capacity Flow never seen on Earth. With no contaminants, negative voltage and unique location (2000 ft below) preventing any destructions during War Times; New weapons, Fusion/ Hydrogen R&D.

(7) Respondents have a Required Duty to verify Resource and secure it from terrorist attacking /Politicians/ Judges Lawyers /Bankers /Criminals pursuant to Title 50 USC §§3 ; 3021 and Title 18 USC 241; 242.; Title 42 (§§10301−10310) § 4321.

(8) See Gilberti v. George Bush, et al in Ca. 15; Palm Beach County Case 2024-CA-016963-MB (3) has digital Plans / Readings; issues.

<u>Factual Background (cont.)</u>

(9) Respondents can obtain project plans, water readings
for <u>Exhibit A</u> at Petitioner website at
www.GilbertiBlueGold.com
or
Youtube, Facebook, Instagram, Linkedin
at Joe Gilberti PE or Gilberti BlueGold
( gilbertiwake@gmail — (813) 470-6000 )
or
FDEP Fort Myers, FDOT Sarasota, Sarasota
County Engineering or Peace River Manasota
Water Authority; All Counties from Tampa to
South Florida since 2012, FDOT Dist 1, 3, 4, 5,
6 + 7 submitted 2013 : 2015 (alignment plans)

(10) Once resource is verified, the 'organized Fraud' stealing
over $500,000,000⁰⁰ no tax base/FEMA to hide source
in past Res, with hired attacks is trivial to see by DOJ, Media,
Greenberg Traurig, Hankason Franklin, Gray Robinson, Foley
Gardner, Con 12, 13, 17, 20 and DC courts is shown. Many
others on confidential Corporate list tied to a group called
72 Partners LLC; Tampa Lee Richards, Thomas Howze, Kenny
Harrison (Desoto) and Multiple Sheriffs/Judges to subdue (Con 13, 12)
the Petitioner, stop recruits, and steal land for Foreign owned
Corps, Stantec Engineers (Canada), FPL (Nextra), etc,
All attacks to prevent Council of National Defense and Respondents
from Global Knowledge and US Defense enhancements/Protection.

(4)

Reasons for Granting Petition (cont.)

(14) Respondents per Title 50 USC have a duty to verify unique resource And Implement Retrieval Project to Florida Ports with new railroads, utilities, commerce, for Military operations, Tampa CENTCOM to US Southern Command (MIAMI).

Title 50 USC § 3 — Duties of Council of National Defense

§3. Duties of council

It shall be the duty of the Council of National Defense to supervise and direct investigations and make recommendations to the President and heads of executive departments as to the location of resources with reference to the frontier of the United States so as to render possible expeditious concentration of troops and supplies to points of defense; the coordination of Military, industrial, and commercial purposes in the location of [extensive highways and] branch lines of Railroads; the utilization of waterways; the mobilization of military and naval resources for defense; the increase of domestic production of articles and materials essential to the support of Armies and of the people during the interruption of foreign commerce; the development of seagoing transportation; data as to the amounts, location, method and means of production, and availability of Military supplies; the giving of information to producers and manufacturers as to the class of supplies needed by the military and other Government, the requirements related thereto, and the creation of relations which will render possible in time of need the immediate concentration and utilization of the resources of the Nation.

(6)

Natural Resource Defense Council

Army Corps of Engineers - Title 42 USC

"No Rain Dependency for Drinking Water"

Respondents can offer Petitioners plans and consultants to correct RV Griffin Reservoir, CW Bill Young Reservoirs, used for Water shortages; to now be converted for Future Power Plants per Gilberti Blue Gold Infrastructure Plans. NO MORE RAIN DEPENCIES FOR DRINKING WATER with Spring Water now ousted of Polluted Surface Rivers. No PFAS and much Higher Level of Service, lower Cancer Rates/Virus Risks and much Lower utility Cost/Bills to customers.

Above ground reservoirs are subject to DRONE and Biohazard Attacks. Primary Water 2000ft below is safer for millions of Taps, Tarps to South Florida per Title 42 USC - FEMA Stafford Act, Title 42 US (§§ 10301-10310), § 4321 encourages A National Policy which will encourage productive harmony between environment and MAN. Eliminate Damage to environment and biosphere and stimulate the health and welfare of Man; to enrich the understanding of the natural resources important to the Nation.

Title 42 USC § 10367 - Research and Development

Respondent now have new Global Water Origin knowledge and Aspect to hydrological cycle with Petitioners site sources of access to 'Primary Water from Core' to eliminate all fresh water issues, CREATING GLOBAL PEACE in desert areas of Middle East, India, China, Mexico. See Gilberti v. Fed Reserve et al hidden by US Supreme Ct/Media (7)

Revitilizing National Defense Operations for Florida/USA

"Council of National Defense"
Natural Resource Defense Council - Fla Water Ways
Exhibit A - Title 50 USC §3 (Duties to Improve)
"Florida North-South Conflict"
(GILBERTI BLUE GOLD)
813-470-6000

## Conclusion

Respondents can be heroes, to all Nations, help the Communities, Colleges, EPA, NASA and Citizens see a whole new Thermodynamic Model and Water Origin Theory. Lower Health Costs/Risks, create Hope, Housing Boom with Spring water instead of Chemical Treated surface/ground water from the Rain Cycle.

Respondents can revitalized CSX Railroads/Highways from access points, lower Migration, Wars, Taxes with Global new efficiency God provides deep in Mother Earth with 1-Day verification at 9458 Daughtry Road, Sarasota FL, 34266. Endless Water means endless Food and less reasons for War, Conflicts, Hunger, oppression; via Water Wars.

Wherefore, a writ of Mandamus must issue compelling Respondents to verify resource, implement Petitioners Infrastructure Plans and protect the USA; and other Nations with 'Primary Water Access from Core,' to TIPS, Military Bases, Nations, Allies.

## Certificate of Service

On July 4, 2024, Petitioner mailed the foregoing by US Mail to 801 N. Florida Ave, Tampa, FL 33602.

_Joseph D. Gilberti, PE_

Respondents                                      Petitioner
Counsel of National Defense (DC)                 #2024-2237
Natural Resource Def. Council (DC)               Sarasota Jail
Army Corps of Engineers (Ft. Myers)              2020 Main Street
Attorney Generals (DC, NY, CA, FL) FL            Sarasota, FL 34236
                                                 813-470-6000

(10)



Screened by
USWS

S36.02-3E6.030

**Exhibit D**

**112TH CONGRESS**
**2D SESSION**

# H. R. 5736

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

---

## IN THE HOUSE OF REPRESENTATIVES

MAY 10, 2012

Mr. THORNBERRY (for himself and Mr. SMITH of Washington) introduced the following bill; which was referred to the Committee on Foreign Affairs

---

# A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4      This Act may be cited as the ''Smith-Mundt Mod-
5  ernization Act of 2012''.

---

2

1  **SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT**
2          **THE UNITED STATES.**

3      (a) UNITED STATES INFORMATION AND EDU-
4  CATIONAL EXCHANGE ACT OF 1948.—Section 501 of the
5  United States Information and Educational Exchange Act

*Administrative Law Judge J. Lawrence Johnston will conduct a hearing to consider the environmental effects and any other appropriate matters regarding whether to approve the site certification of the proposed Progress Energy Florida, Levy Nuclear Plant Units 1 and 2, application for site certification number PA08-51, DOAH Case number 08-2727EPP, DEP Office of General Counsel Case Number 08-1621, pursuant to the Florida Electrical Power Plant Siting Act, Sections 403,501-.518, Florida Statutes. ...*

***Meeting:*** *hearing*

***Contact:*** *Mr. Michael P. Halpin, P.E., Marjory Stoneman Douglas Building, 3900 Commonwealth Boulevard, M.S. 48, Tallahassee, Florida 32399-3000, (850)245-2007.*

15 The Administrative Law Judge can order (daily) multiple lab tests and verify the resource with our experts, such as Jim Murray in Palm Beach Florida of AMPS Aquifer maintenance who performed a DTH video showing higher benefits as we drill deeper.

16 After this discovery of a massive underground ocean from a Meteor impact crater verified by Oil consultants, suddenly Tampa Dist 13 kidnapped engineer Gilberti for 300days on Boston Marathon explosion day 4-15-2013 after sending a Jog email of Leaders and FDEP with Hershel Vineyard of Foley Lardner and Gov Rick Scott running in a Torch run 5hrs earlier on file in Tampa and Sarasota Courts. See LandTech Design Group vs 72 Partners Inc. All in an effort to hide this Secret Underground Ocean from THE PEOPLE and their home taps and tax Americans with unnecessary Reservoirs to sell medicine as Tap Water is based on Cancer Rates. Alkaline Natural Spring water with lower water bills eliminates the need for Rivers, Reservoirs and huge lawsuits and loafing like this case at hand.



Rob Stampe is being deposed who worked on Gilberti plans married into the Sam Walton family (Wal-Mart) and is taking pictures with Gov Scott two different times to testify on all said issues of Corruption against THE US PEOPLE on this Water Supply!



This FDEP Email was sent 5hrs before the Boston Bomb and suddenly Gilberti is kidnapped by Pam Bondi and Obama in District 13 with Judge Dominquez and Judge Conrad with Mark Ober and a slew of State Attorneys and Public Defenders

Gilberti Blue Gold -"The People's Water"

### GILBERTI K-T HYPOTHESIS

Yucatan Meteor Impact or K-T Event tilts Florida Platforms accessing Alkaline Spring Water Oceans beneath the Earth hidden 40yrs for Eugenics.



IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, STATE OF FLORIDA


STATE OF FLORIDA,       )
                          )
      Plaintiff,    )
                          ) Case No.   2021-CF-7559 NC
vs                    )
                          )
JOSEPH GILBERTI JR,    )
                          )
      Defendant.    )
_____)


Transcript of stenographically-reported

proceedings held before the Honorable Donna Padar, Circuit

Judge, at the Judge Lynn N. Silvertooth Judicial Center, on

**March 4, 2024.**



<u>APPEARANCES</u>:

JOSEPH WIDEN
JEFFREY FEHER
Assistant State Attorneys
   On behalf of the State

JOSEPH GILBERTI
Pro Se

JAMES ERMACORA
Attorney at Law
   Standby Counsel on behalf of the Defendant


**<u>Volume 1 of 3</u>**
**<u>(Pages 1-152)</u>**

1   BY THE DEFENDANT:

2       *Q.*   In the time you have known the Daughtreys, you've

3   helped them pay taxes on pieces of property that identify with

4   parcel numbers --

5       *A.*   Yes.

6       *Q.*   -- and the acreage?

7       *A.*   Yes.

8       *Q.*   Okay.  And this subject property was 2300 acres that

9   you farmed on your whole life, surveyed with professionals.

10  It's how many parcels roughly on the 2300?

11      *A.*   I believe it was four parcel ID's on the south side

12  of the road.

13      *Q.*   And on the north?

14      *A.*   I think there was two parcel ID's, I believe.

15      *Q.*   So roughly six parcels of land?

16      *A.*   Yes.

17      *Q.*   On the day of the bidding, how many parcels showed

18  up to bid?

19      *A.*   One.

20      *Q.*   And did it include any of the area advertised?

21      *A.*   No.

22      *Q.*   Okay.  Are you aware that the County purchased

23  easements on the property?

24      *A.*   Yes.

25      *Q.*   Would that be to the north or south of the property,

1 of 72, the easement?

2   **A.** The easement is north and south.

3   **Q.** Okay.  And then Section 1 and 2 that I -- you said I

4 paid taxes on, that recently got bought by --

5   **A.** Oh, excuse me.  They bought that outright.  That's

6 not an easement.  They bought that outright.

7   **Q.** Okay.  So do you think -- do you think there was any

8 fraud involved?

9     MR. WIDEN:  Objection.  Calls for opinion and a

10 legal conclusion.

11     THE COURT:  Sustained.

12 BY THE DEFENDANT:

13   **Q.** When I was working on your property to convey the

14 water, did we turn in a request for inclusion for funding to

15 the Marjory Stoneman Douglas Building in Tallahassee FDEP?

16   **A.** Yes, I believe we did.

17   **Q.** And coincidentally, when we turned that in to the

18 Marjory Stoneman Douglas Building FDEP, 17 days later 17 kids

19 got shot in Majory Stoneman Douglas Park on -- on Broward?

20   **A.** Yes.

21   **Q.** Hmm, DEP.  Do you recall, after Jim Murray showed up

22 to the property and validated this is potentially the number 1

23 resource ever seen on the planet --

24   **A.** Yes.

25   **Q.** -- that I emailed DEP and Governor Scott JAG in a

1   fundraiser in Leon County and then five hours later the Boston

2   bombs went off and I was surrounded by Secret Service and put

3   on a hold for 200 days --

4        A.   Yes.

5        Q.   -- in Tampa --

6        A.   Yes.

7        Q.   -- while they were foreclosing on the property?

8        A.   Correct.

9        Q.   And did Judge Williams set the trial and Buck had no

10  -- no -- no attorney, the attorney quit --

11           MR. WIDEN:  Objection, your Honor.

12           THE DEFENDANT:   -- and then he set it for trial?

13           MR. WIDEN:  Counsel's --

14           THE COURT:  Sustained.

15           MR. WIDEN:   -- testifying.

16           THE COURT:  Sustained.

17  BY THE DEFENDANT:

18       Q.   Did Buck ever get a trial?

19           MR. WIDEN:  Objection, your Honor, relevance.

20           THE COURT:  Sustained.

21  BY THE DEFENDANT:

22       Q.   During the time of the County closings between

23  August -- September 2022 and January 2023, all these county

24  easements, three-and-a-half million to the south, two million

25  on fee simple to the north to Mr. Pallardy, was I detained in

```
 1   the Tampa jail?

 2            MR. WIDEN:  Objection, your Honor, motion in limine.

 3            THE COURT:  Please approach the bench.  Approach the

 4   bench.

 5   (THE FOLLOWING PROCEEDINGS ENSUED AT THE BENCH.)

 6            THE COURT:  You have now violated --

 7            THE DEFENDANT:  Why?

 8            THE COURT:  -- the Court's order on the motion in

 9   limine.

10            THE DEFENDANT:  How?

11            THE COURT:  I will be conducting a --

12            THE DEFENDANT:  Why?

13            THE COURT:  You are not allowed to ask that.

14            THE DEFENDANT:  You said I could bring the stuff up.

15            THE COURT:  I did not say that you could bring it

16   up.  You violated the motion in limine.

17            THE DEFENDANT:  How?

18            THE COURT:  I already explained to you.  You

19   represent yourself.

20            THE DEFENDANT:  How is that violating it?  I'm

21   talking about how I got subdued.

22            THE COURT:  Sir, you violated a Court order.

23            THE DEFENDANT:  I don't understand it.  Can I ask

24   James Ermacora?

25            THE COURT:  No.  Well, yes, you can.
```

```
1    (THE FOLLOWING PROCEEDINGS ENSUED IN OPEN COURT.)

2             THE DEFENDANT:  Excuse me.

3             THE COURT:  I'm going to turn on the sidebar for a

4    moment.

5             THE DEFENDANT:  Can I continue?

6             THE COURT:  I thought you wanted to talk to him.

7             THE DEFENDANT:  In a minute.

8             THE COURT:  Are you choosing not to?

9             THE DEFENDANT:  I want to finish with the witness.

10            THE COURT:  Now would be the time to talk to him.

11            THE DEFENDANT:  Well, can he approach here?

12            THE COURT:  No.

13            THE DEFENDANT:  She's trying to say I'm not allowed

14   to talk about this stuff.  Can I get some advice --

15            THE COURT:  Can you please go in the hallway,

16   Mr. Ermacora?

17            Mr. Gilberti has court-appointed standby counsel.

18   I'm going to let them confer in private.  Do you all want a

19   comfort break while they're doing that?  Why not.  Let's do

20   that.  It's 3:13.  As usual, please don't form any fixed or

21   definite opinions about the merits of the case or talk to each

22   other.  We'll call you back in when we're ready after you've

23   had your comfort break too.  We'll probably take one

24   ourselves.

25   (THE JURY EXITED THE COURTROOM.)
```

FILED
IN CLERKS OFFICE

2024 SEP -9  PM 1: 05

DISTRICT OF MASS.

<u>U.S. District Court of Massachusetts</u>
Boston, MA

Joseph D. Gilberti, P.E.                    Case No: _____
        Petitioner,                                      (NEW CASE)
                                                    'MANDAMUS'
v.

<u>United States Secret Service; Department of Justice;
U.S. Congress; U.S. Senate; Department of Interior; Board of Banking Governors;
Department of Homeland Security; National Resource Defense Council;
Council of National Defense; Army Corps of Engineers; Special Counsel Jack Smith;
Federal Bureau of Investigation (FBI); President Joe Biden; AG: Letitia James;
Vice President Kamala Harris; Attorney General Alvin Bragg, NY.</u>
        Respondents.


<u>Petition for "Writ of Mandamus"</u>
Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to
FRAP, hereby request a <u>Writ of Mandamus</u>, on why Petitioner's
whistleblowing / cyberstalking bond, a Misdemeanor went from
$500 to "300,000 dollars, in Hillsborough County, Tampa, Florida on
4-15-2013, retroactive with Petitioner's Jog Email (FDEP Torch Run)
5hrs and 4min before Boston Marathon explosion. Just 12 days
After he discovered a World Medicine / Unique access to a "Secret
underground River" in Sarasota, Florida. Petitioner was surrounded
by "Secret Service" and basically kidnapped in Tampa 268 days for
Greenberg Traurig Law; while a land Grab by Sarasota Commission takes place.

| LANDTECH DESIGN GROUP |  (1)              | www. GilbertiBlueGold.com |
                                                        813- 470-6000

Reasons for Petition are as follows:

_Factual Background_

(1) Petitioner is a licensed Professional Engineer in the State of Florida (# _____) with over _____ years of experience as a Professional Engineer on major _____ federal _____ engineering issues _____

(2) _____

(3) Major _____ should have _____ in Palm Beach County.

_____ Appraisal _____ No Trial _____

(5) Petitioner has access to verify _____ Robert Gillett and would like.

(T)

Factual Background (cont.)

- (6) Judge Dominguez raised bond to $300,000 and Recuses himself the same day! All charges were dropped after Sarasota Cir 12 in case 2011 CA 4209 NC, 72 Partners v. Cecil Daughtry foreclosure trial was snuck through on Columbus Day, 10-14-2013, without Trial notice, as Sarasota changes Court system to E-File! Nobody known until after Judgement Achieved. While Petitioner, A-Creditor is hidden in lockdown; Basically stole Judgement with invalid Mortgage.

- (7) Petitioner's father, A South Florida engineer shows up dead with secret disks within 30 days of Boston Marathon, rotting for 3-Days in Ft Myers Beach, Fl, home; while CIA 12 + 13 Attack.

- (8) Respondents, Judge O'Toole in Boston case were notified for years; Boston Police and FBI by emails, phones, Lawsuits.

- (9) We have a coordinated attack across States by Ron Desantis, Boston, Rick Scott And a syndicated group of Lawyers, Cops, Judges (Tampa) still attacking Petitioner and the US Resource, today.

- (10) See Gilberti v. Council of National Defense, et al. for National Defense upgrades to the Florida Peninsula from CENTCOM to US Sodium Command with Petitioner's 300 mile Transmission / CSX Railroads / Navy Port upgrade" Tampa to Miami per Title 50 § 3. See Plans at www.GilbertiBlueGold.com

- (11) Nobody is moving this access to deep underground Ocean at Ranch.

(3)

*Factual Background (cont.)*

(12) The Terrorist who were arrested, the Attorneys, THE CITIZENS of USA/Florida/Boston, the US Media must know of the coordinated and timed attack by Tampa/Sarasota Cir 12, 13 and Governor/Senator Rick Scott Ron Desantis (NAVY GUYS), Florida Department of Environmental Protection (FDEP) surrounding this US Defense Resource hidden from the US Military / THE PEOPLE during Federal CASE *United States v. Tsarnaev*, 968 F. 3d 24; tied with *Greenberg Traurig* attack via *State vs. Gilberti*, CASE 12-CM-011299-A. Where Dave Weinstein, Vin Marchetti, Don Crenshaw of Greenbay Traurig were FIRED, for Conflicts on 72 Partners v. Cecil Daughtrey, Sarasota Cir 12 CASE 2011 CA 04209 NC, with Israel Chemical LTD/Mosaic Phosphate next door with 22,000 acres trying to hide resource to cover $600,000,000 stolen FEMA Funds by Peace River Manasota Water Authority/Sarasota Commission with JP Morgan and Union Bank ties after Hurricane Charlie to build RV Griffin Reservoir; pretending water shortages; setting up potential open sky Terrorist attacks on Water Supply via FEMA Stafford Act, Title 42 USC.

(13) Multistate terrorism is being coordinated between Florida and Boston Massachusetts. The victims DESERVE to Know the timing and obvious Motive to attack World underground Water knowledge next to Tampa Central Command. See *Gilberti v. Council of National Defense*, ACOE, NRDC Machinas in Tampa Middle District

(4)

## Statement of Jurisdiction

- (11) This court has jurisdiction pursuant to Amendment XIV, Section 1 of the United States Constitution which empowers this court to entertain this cause, in law particularly, arising under [the] Constitution. "However all Writ's Mandamus jur. will be exercised jurisdiction is premised on 28 U.S. §§1651."

## Federal and State Constitutional Premises

- (12) "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside. No State shall make or enforce any law which will abridge the privileges or Immunities of citizens of the United States; nor shall any State deprive any person of life, liberty or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

        U.S. Const. Amend. XIV, §1.

## Legal Standard

- (13) A Writ of Mandamus is an extraordinary remedy, it comes is appropriate when necessary to vindicate the rights of citizens, where a government agency has violated a mandatory or non-discretionary ministerial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely hidden the benefits of "access to Global Luxury Water" to deprive and conspire against the United States to create Discrimination to create a Water, Food, (5) and Energy crisis" to maintain Wars/oppression.

(17.) <u>Attack on Petitioner by Tampa/Sarasota DOJ using Boston Explosion</u>
- Title 22 USC (§§1461-1462+6) - Dissemination Abroad of Information about the United States.
- Title 18 USC (§241-242§371) - Conspiring to Defraud United States
- Title 15 USC (§§1151-1157) - Dissemination of Technical, Scientific and Engineering Information

"<u>Timeline of Events to Hide Global Water Origin &</u>
<u>Primary Water Knowledge/Access by NDAA-HR5736</u>
<u>and US Presidents/Governors/Board of Broadcasters"</u>

<u>Timeline (Title 22 USC - attach)</u>

2011 - Greenberg Traurig David Weinstein FIRED off Daughtrey Property with Access to 'Primary Spring Water (ENDLESS CAPACITY/FLOW) via 72 Partners v. Daughtrey Sarasota Cir 2011 CA 04209 NC

May 2012 - Petitioner Gilberti EXPOSES Access on Daughtrey Property with FDEP/Southwest Florida Water Management District (SWFWMD) and 'Peace River Manasota Regional Water Supply Authority (PRMWSA) to tie-in Spring Water Antioxidant (NO WATER RESTRICTION) with much lower water cost, health risk to 4-County PRMWSA who pretends with FEMA to have Limited Water from Peace River at RV Griffin, Desoto, FL parcel, build unnecessary RV Griffin Reservoir. Pumping heavy treated Polluted Rivers into Sarasota, Manatee, Charlotte to increase Cancer/Virus Rates/Bills.

May 2012 - Rex Thornberry of US Congress (Texas) file H.R. 5736 Smith Mundt Act Mod of 2012 to Disseminate USA with US Military/NDAA - See Title 22 USC §1461-1a Attack!

(6)

<u>Title 22 §1468-1a Dissemination/Defraud USA (cont.)</u> - Timeline

July 4, 2012 - Shiela Singhvi, Judge Domingues with Hillsbrough
Sheriff Gee ARREST Petitioner (Gilberti) for
Cyberstalking on Exposing Global "Primary Water"
Access with Civil Engineering Permits/MASS EMAILS.
Gilberti bonds out for 3 counts $500/each ($1500)
Same Day with Greenberg Traurig Dave Weinstein,
Don Chulad, Vin Machetti (FIRED by Daughtrey)
who work for Isreal Chemical/Mosaic Phosphate
next to property obtain over $500 million to hide Resource!
from US People and Globe. Nestle, Coke, Pepsi involved
with Gov/Senator Rick Scott/others and Hardrock
Casino at this time.


Dec 2012 - Smith Mundt Act Mod of 2012, Funded to Military
NDAA as Raw Derivative, attacking for Navy Seals (Attacking Some)
becomes State Representative in St. Augustine, but
fires Troops. Went to Yale and Harvard Law like Bush.


★ April 3, 2013 - Gilberti hires Lockheed Martin/Boeing consultant
and US Military trained, Jim Murig of Army Aquifer
Maintenance of Palm Beach, Fl. Verifies resource
is No 1 in World for Water Supply - ENDLESS.
Jim fitted Platform. Gilberti writes Gilberti RT
Hypothesis and sends Mass Emails to US/FL Agencies,
Developers, Engineering Societies to show Major
<u>US National Defense Resource hidden by EPA and
Dept of State.</u>        (7)

Title 22 USC§(1461-1a-1464b) - Dissimination on USA - Timeline (Gov't)
"Global Primary Water Access"/ "Boston Marathon Explosion"

April 15, 2013 - Gilberti emails (mass add.) an FDEP Jug email
of a LEON COUNTY, Tallehassee, FL Jug "Torch Run"
with Pictures of Gov Rick Scott/FDLE/ Herschel
Vinyard - Director of FDEP, at 10:54 am. EST.
Suddenly the Same later Boston Marathon
Explosion (Navy Seals at Finish line). Suddenly
Gilberti Cyberstalking bond goes from $500
to $300,000 for misdemeanor (Greenberg Trauig)
victims. Hillsborough Tampa CASE Cir 13 CASE
No: 12-CM-11299-1 State v. Gilberti; the
Judge Dominguez RECUSES HIMSELF SAME
DAY. Gilberti SURROUNDED BY SECRET
SERVICE. kidnapped 268 days. Arrest Judges!
+ SA now!

April - Oct 2013 - Sarasota Cir 12/ Sarasota Commission with
Rick Scott/Desantis, NDAA attack Gilberti
Lands/Mineral Rights at/and Coal Daughtrey
IN CASE Cir 12 2011 CA 04209 NC
72 Partners v. Daughtrey

2013- Present  - ONGOING FRAUD AND ATTACKS involving
Fabricated ARIS emails, shootings
to set up Gilberti Family members w/Sheriff
Carmine Marceno, Sheriff Scott Israel
See Cir 12 Case 2021 CA 1009 NC

(8)

(18).           Take Judicial Notice
                "Related Cases" - Federal/State

State Cases — Primary Water/land attacks/Civil Right attacks

① Hillsborough, FL Cases:   12-CM-011299-A   (Boston Explosion)
        (attacks/name trace)   16-CF-010876-A   (State Fabricates AR15 email)
CIR 13   DeSantis/OBrasil    18-CF-04829-A      "  (Andrew Warren)
         TRUMP/HARRIS          18-CF-005038-A      "  (Pam Bondi/Moody)


① Sarasota, FL Cases:    2011 CA 04209 NC  —  land/Foreclosure attack (open)
                         2015 CA 06544 NC  —  Lien/Engineering (open)
sec Broward Cir 17:      2021 CA 1009 NC   —  Lien/Minerals (open)
State vs Cory Gilberti:  2021 CF 07559 NC  —  TIMED ATTACK (open)
AR15 setup/Hidden/Expunged  2024 CA 0015 NC   —  Judge Palermo w/C13 (open)
17-002130CF10A          2024 CA 0017 NC   —  FBI/DeSantis (open)


Federal Cases  —  All show 'Primary Water Location/Plans'
        Gilberti v. Pentagon, et al   (Liam O'Grady Fraud)
        Gilberti v. Federal Reserve, et al (Ketanji Jackson Fraud)
(ALL    Gilberti v. CDC, et al (Tampa Middle Dist Fraud)
 Served to   Gilberti v. FBI, et al. (Tampa Fraud) open
 Verify    Gilberti v. Council of Nat'l Defense, et al (Tampa Fraud) open
 World Resource   Gilberti v. Rubio, et al. (Judge Mccon Common Fraud) open
 for     Gilberti v. Trump, et al (US Southern Fla — open) open
 USA/Globe   Gilberti v. Kamala Harris, et al (DC — open) open
 1-Day?   Gilberti v. United Nations, et al (NY Dist Ct — open)
—  ALL SCARED TO VERIFY RESOURCE — 2HRS TIME!!
                    (9)        Send ACOE, MILITARY now!

<u>Request for Relief</u>

(19) Petitioner request all Respondents to work together, unify both Florida and NJ to New York, accus points to primary order. See <u>Gilberti v Yankee Nations, et al</u> and <u>Gilberti v Counsel of National Defense, et al</u>

(20) Petitioner request all Respondents to hyper all Safety, Security, and exchange Fraud Terror Alert with Boston Marathon exchanged interactive with Timing Layers most farspace per victim Terrorist time Flexes. See <u>Gilbert v Ashley Moody, et al</u>, day Flexed One Terror Cloud Flood, at level as listed user invoking terror "Mechanics of discovering Tracking in Hillsborough". See CJS-NW-N2021-A used by both Gilberti.

(21) Notify all Media with Board of Broadcasting Governance to notify Gulf of real-time terror NJFL and NY terror via active ENDLESS) Knowledge. Here to terror in Middle East/Israel.

★ (22) Petitioner Request ALL BOSTON MARATHON VICTIMS AND FAMILIES BE NOTIFIED OF FLORIDA TIMED EVENTS AND TRECHURY BY ALL FLORIDA MEDIA, SHERIFFS, DOJ ON TIMED ATTACK!! IMMEDIATELY. GILBERTI is PUTTING COMPENSATION TO VICS WITH PROJECT REVENUE! MILLIONS/VIC.   (10) Repeal Title 27 USC and HR 5736 now!

<u>No other Means to enforce Relief</u> —

(23) Petitioner has no other means to enforce his rights. Mandamus [illegible] of federal Rank and [illegible], [illegible] one to witness, [illegible] and [illegible] of the United States. See 28 USC §1361. [illegible] have a [illegible] [illegible] effort by multiple agents [illegible] [illegible] when the [illegible] of [illegible] for [illegible] of [illegible]. [illegible] have been [illegible] and [illegible] [illegible] federal and State [illegible] [illegible] [illegible] failure to [illegible] [illegible] and [illegible] [illegible]. Petitioner [illegible] [illegible] [illegible] failure [illegible] [illegible] [illegible] firing of [illegible] Tennessee, [illegible] [illegible] to [illegible] [illegible] and [illegible] [illegible] that [illegible] [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] [illegible]. At [illegible] [illegible] [illegible] [illegible] <u>[illegible] [illegible] [illegible]</u>. See [illegible] [illegible] [illegible], [illegible] were <u>[illegible] [illegible] [illegible]</u> discussed the case to be [illegible] as "The [illegible] [illegible] a [illegible] [illegible] [illegible] [illegible] on [illegible]." [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible]. Dissemination "We to [illegible] [illegible] [illegible]

(24) [illegible] to [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible]

<u>Importance Beyond this case</u>

- (25) Equal Rights challenges under a Federal or States Constitution to perform a multistate "Organized Fraud" by Media Dissemination, manipulation of Courts, FBI, Secret Service, Dept. of Homeland Security, Respondents hiding 'Global Drinking Water' access to <u>ENDLESS SPRING WATER</u> with Title 15, 18, 22, 42, 43, 50 U.S. Code over 17yrs are NEVER or RARELY Reviewed.

- (26) The reviewers are the Criminals with Politicians working in a Fascist or Communist effort using Title 22 USC § 1461-1a Smith Mundt Act liens or Treason per Title 18 USC § 241-242 § 371 on United States with New Deporters, Judge O'Toole, Dept of Justice, Presidents tied to Hollywood/Entertainment with powers given to manipulate/Disseminate with the "Board of Broadcasting Governors" and Department of State. Writs of Mandamus being supervisory in nature are appropriate to cure such issues. See <u>United States v. Beatali</u>, 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See IN re <u>Volkswagon of America, Inc</u>, 545 F. 3d 304 (5th Cir 2008).

- (27) Petitioner has access to two "Primary Water" locations that Respondents can verify in 1-Day in both New Jersey and Sarasota Florida. See <u>Gilberti v. United Nations</u>, et. al. and <u>Gilberti v. Carnival or National Defense</u>, et. al. (attacked by Tampa Again) that shows "National Defense upgrade to Florida and New York City, per Title 50 US § 3. Hidden by US Congress, Presidents. See <u>Gilberti v. Kamala Harris</u>, et al and <u>Gilberti v. Trump</u>, et al.

Conclusion

(28) Respondents can be heroes to all USA, Nations and help stop criminals in West Florida and New York who (DCто) used Boston Bomb Explosion to exploit and Dissiminate America's ability to obtain Critical National Defense Knowledge per Title 15 USC. Help Middle East as underground large military bases Need these resources for imposing World Peace. Middle East, Israel and Gaza can no create ENDLESS Food, Agricultural and Energy Production, without Dependency of Now.

(29) Should can thrive, NY, NJ and California/Mexico have most. Cancer and Worker Bills Lower. Reverse Bad foreclosures, trade imbalance. US Sovereign Free Federal Reserve interest/Debts.

(30) Wherefore, a writ of Mandamus must issue compelling Respondents to verify Relevance, Implement Petitioners Plans, Access Knowledge, and NOTIFY BOSTON EXPLOSION VICTIMS!! On timing/retroactivity,

Certificate of Service

On Sept 2, 2024, Petitioner mailed the foregoing by US Mail to Clerk of Court at US Courthouse, 1 Courthouse Way, Boston, MA 02210.

Joseph D. Gilberti P.E.   #2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

cc/ FBI, Council of Nat'l Defense
NADC, SCOE, US Congress/Colleges
Media outlets,

(13)

**Exhibit E**

United States District Court
Middle District of Florida
Tampa Division

Joseph D. Gilberti, P.E.,                Case: 8:24-cv-1596-MSS-UAM
                Petitioner,                   Judge Mary Scriven
                                          (Mail Fraud/FEMA Fraud)
v.                                          on Water Supply Engineer

Federal Bureau of Investigation (FBI);
Sarasota County Board of County Commissioners;
Manatee County Board of County Commissioners, et. al.
                Respondents.

Petitioner's Objection to Order, Request
for Evidence Hearing and Leave to Amend Complaint

Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to FRCP
herein Objects to Order of Dismissal, dated August 1, 2024, received
by fed mail August 12, 2024; and Request for Evidence Hearing
and Leave to Amend Complaint. Reasons for request are as
follows:

Facts

(1) Petitioner is a licensed Professional Engineer with Infrastructure
FDEP Permit Plans with raw Antioxidant underground Spring River
hidden by a slough of Tampa and Sarasota State and Federal
Judges and Respondents for 12yrs; with ongoing attacks tied
to Mail/FEMA Fraud; & (1) timed Terrorist events (Title 22 USC).
                                     (Dissemination)

(2) This court has known of the secret agritory unique to National Defense and has cited it 'Fictitous' or 'Patently Insubstantial' with attacks on Petitioners life, clients, Family, project with a Gang of 'Organized Fraud' Judges, Cops, Law firms and Gov. Run Departments using Desecration Acts per Title 12 USC) with HR 5736 of 2012.

(3) Tampa Middle District Judges are attacking US Water Resources, and National Defense; and Millions of Americans are attacked thinking (vague) See Gilberti v. United Nations et.al. and Gilberti v. Council of National Defense and Gilberti v. Rubio et al where Judges have No experience, diligence on the US Resource on its permitting Infrastructive Plans, calling Water (Fictitious) Fake?

(4) Respondents are purposely hiding this US Resource to mail higher Water Bills to Millions of Homes, businesses and Hospital/Schools using more costly Treated Polluted Rivers v. Antioxidant Spring Water, with Large Florida Developers like Bendersons. Pat neil, Culverhouse, lennars, DeSantos builders paying Judges off.

(5) Respondants have stolen over $500,000,000 US Federal and State Tax dollars (MATCHING FUNDS) at Peace River Minnesota Water Authority and even more at Tampa Bay Water Authority building unnecessary poor quality and poor level of Service, desalinization plants, CW Bill Young Reservoirs and RV Griffin Reservoirs claiming Water Shortages? Causing more costs, Mail Fraud and FEMA spending to pimp treated chemicals; causing Health Risks, Red tide and    (2) putting GMO Algae in Lake O.'

## MAIL/WIRE FRAUD in Water Billings / FEMA FRAUD
### (Title 18; 42 USC)
'See sketches A & B'

(6) Respondents hid this Resources since 1972; see Dept of Interior Study on Record (Draughtney 1509 'Deep Well Records'). Setup A Statewide General Development Plan (GDC) to eventually get to today's Eugenics operation with Tampa Bay Water Authority, Moffit, SWFWMD, Peace River Manasota Water Authority; FDEP to sell bottled water on springs (Primary Water) and pump treated/Fluoride dirty Rivers to Tps. Sell Hospital/Moffit Cancer Research; Creating AN accepted longterm crisis as A NORM.

(7) Respondants with Ashley Moody/Pam Bondi since 2013 have attack Engineer Joe Gilberti, P.E. since the confirmed discovery and May 2012, SWFWMD Water Use meeting! See permits

(8) Ron Desantis, 72 Partners LLC, Sarasota County still attacking with Cir 12, 13, Tampa Middle District Judges Sheriffs Gregory, Hoffman, Sheriff Lee, Sheriff Marcens and current FDLE, playing stupid on Fraud transfer for a promotion. No ethics or Patriotism!!

(9) FEMA Funds stolen for RV Griffin Reservoir with help of Lisa Carlton, Kimbech Carlton Bonner (cir 12 Judges) and Judges Andrew, Hall, etc., to attack children at Taps for money.

(10) See Gilberti v. United Nations, et al in New York to spread Global Knowledge in Middle East, this Satanic corrupt Area attacks wit 9/11 George Bush/CENTCOM 3-Decades     (3) Gov. kveilla helping now! Good Man!

'Exhibit A'
"Federal Mail/Wire Fraud by State/County/SWFWMD
Commissioners in the Peace River Manasota Water Supply Region"
(Mailing Higher Water Bills/Stealing FEMA Funds)



This package is made from post-consumer waste. Please recycle - ag

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY
MAIL
EXPRESS

ROSE

CLERK'S OFFICE
OCT 2 - 2024

FLAT RATE
ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

UNITED STATES
POSTAL SERVICE

PRIORITY
MAIL
EXPRESS

RDC 07

Retail

U.S. POSTAGE PA
PME
FORT MYERS BEA
FL 33931
SEP 30, 2024
$30.45
S2324N501714-03

10007

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

Joe Gilberti
#2024-2232
2020 main st
Sarasota FL 84237

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (    )

New York Southern District
Court
600 Pearl Street
New York, NY

ZIP + 4® (U.S. ADDRESSES ONLY)

**PAYMENT BY ACCOUNT**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day |  Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 10007 | ☐ 1-Day ☐ 2-Day ☐ Military | 10.1.24 | $ |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | | Insurance Fee |
| 10.1.24 | ☐ 12:00 PM ☐ 3:00 PM | | $ |
| Time Accepted | ☐ AM ☐ PM | Sunday/Holiday Premium Fee | Return Receipt Fee |
| 3:16 | | $ | $ |
| Special Handling/Fragile | | | |
| $ | | | |
| Weight | Flat Rate | Acceptance Employee Initials | Total Postage & F |
| lbs. oz. | | | 30 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM | |