UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH D. GILBERTI,

                        Plaintiff,

-against-                                     24 **CIVIL** 7851 (LLS)

## **JUDGMENT**

GEORGE W. BUSH; DONNA MARIE PADAR; SARASOTA COUNTY COMMISSION; TAMPA CENTRAL COMMAND MACDILL AIR FORCE BASE; DICK CHENEY; CENTRAL INTELLIGENCE AGENCY; UNITED NATIONS; NEW YORK CITY PORT AUTHORITY; NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL OF PROTECTION; NEW YORK CITY POLICE DEPARTMENT; MAYOR ERIC ADAMS; FEDERAL BUREAU OF INVESTIGATION; GREENBERG TRAURIG LAW; LAWRENCE D. FINK BLACK ROCK INVESTMENT GROUP, LLC; HARVARD UNIVERSITY; YALE UNIVERSITY; RON DESANTIS; JOE BIDEN; ARCHDIOCESE OF NEW YORK; ARCHDIOCESE OF MIAMI; BOCA RATON ADL; DONALD TRUMP; OBAMA BARRACK; JEB BUSH; NIKKY HALEY; ELON MUSK; BILL GATES; THE PENTAGON,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2025, the action, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The motion for an extension of time to serve the complaint is denied as unnecessary (ECF 9.) The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and

therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

       June 2, 2025

                    **TAMMI M. HELLWIG**
                    **Clerk of Court**

**BY:**  _____
                    **Deputy Clerk**